Lewis Roca
ROTHGERBER CHRISTIE

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPATIO FOODS, LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD TORRES PULIDO; an individual; BRANDON YEE, an individual; and TERP GALAXY, a Company of Unknown Type,<br><br>  Defendants. | Case No. 1:18-cv-1161 LJO-BAM<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS BRANDON YEE AND TERP GALAXY.**<br><br>**Hon. Lawrence J. O'Neill** |

Lewis Roca
ROTHGERBER CHRISTIE
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Plaintiff Tapatio Foods, LLC ("Tapatio" or "Plaintiff") and Defendants Bandon Yee and Terp Galaxy ("Yee") consent and agree to the terms and conditions of this Permanent Injunction:

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. Yee, and any company that he owns, either directly or indirectly, including its parents, subsidies, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it, who receive actual notice of this injunction by personal service or otherwise are permanently enjoined and shall:

2. Permanently cease using, making, selling, importing, offering for sale, giving away, and/or distributing and refrain from adopting for any product or service, or in any marketing material:

    a. any trademarks containing the word TAPATIO;

    b. any trademarks containing the word SLUMPATIO;

    c. any trademarks containing the suffix "ATIO";

    d. any trademarks featuring a red arching font;

    e. any trademarks featuring a person located over a banner;

    f. any trademarks confusingly similar to the TAPATIO Marks;

    g. the SLUMPATIO Charro Mark as shown below;



**SLUMPATIO Charro Mark**

h. the SLUMPATIO Stylized Mark as shown below;



**SLUMPATIO Stylized Mark**

i. any trademarks that bear an image of a Charro (meaning a traditional horseman from Mexico).

3. Within ten days of entry of this injunction, Yee shall permanently remove from any webpage, Twitter account, YouTube account, Facebook account, Instagram account, and any other space on the internet and/or social media account, anything that he has posted, or which another entity has posted on his behalf, that violates any section of Paragraph 2. Yee shall also close any webpage, Twitter account, YouTube account, Facebook account, Instagram account, and any other space on the internet and/or social media account that features a mark that violates any section of Paragraph 2 in either its username or URL.

4. As money damages alone are difficult to calculate, should Yee violate any section of Paragraph 2, such violations will be deemed willful, and Yee consents to the entry of judgment of specific performance.

5. Yee shall provide reasonable assistance in removing content that violates any section of Paragraph 2 that was posted by third parties.

6. This Court shall retain jurisdiction of this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Permanent Injunction.

7. Tapatio and Yee agree to submit to the personal jurisdiction of this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Permanent Injunction.

IT IS SO ORDERED.

Dated: **January 15, 2019**          /s/ Lawrence J. O'Neill
                                                             UNITED STATES CHIEF DISTRICT JUDGE

Lewis Roca ROTHGERBER CHRISTIE
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445